ALEXIS GALINDO (SBN 136643)
  Email: agalindo@cgsattys.com
MAXIMILIANO GALINDO (SBN 328187)
  Email: mgalindo@cgsattys.com
CURD GALINDO & SMITH LLP
301 East Ocean Blvd., Suite 1700
Long Beach, CA 90802-4828
Telephone:  (562) 624-1177
Facsimile:    (562) 624-1178
www.cgsattys.com

<u>Attorneys for Plaintiff</u>
S.L., a Minor, through her guardian ad litem,
ASHLEY LEWIS.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.L., a Minor, through her guardian ad litem, ASHLEY LEWIS. <br><br> Plaintiffs, <br><br> v. <br><br> EL DORADO UNIFIED SCHOOL DISTRICT; RONALD CARRUTH, JUSTIN GATLING, ELIZABETH SESSION and TONY DEVILLE. <br><br> Defendants. | CASE NO.: 2:23-cv-00154-TLN-JDP <br><br> **ORDER APPOINTING GUARDIAN AD LITEM** <br><br> Complaint Filed:  01/25/2023 |

**ORDER APPOINTING GUARDIAN AD LITEM**

The court having considered the petition of S.L., a Minor for the

Order Appointing of Guardian Ad Litem 1

appointment of Ashley Lewis as guardian ad litem for S.L., and good cause appearing therefore.

IT IS HEREEBY ORDERED that Ashley Lewis be, and she is, hereby appointed as guardian ad litem for S.L., a Minor, plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

DATED: January 30, 2023

Troy L. Nunley
United States District Judge