1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| S.L., a Minor, through her guardian ad litem, ASHLEY LEWIS.<br><br>Plaintiffs,<br><br>v.<br><br>EL DORADO UNIFIED HIGH SCHOOL DISTRICT;<br><br> Defendants. | **CASE NO.:** 2:23-cv-00154-TLN-JDP<br><br>**ORDER RE: NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**<br><br>*[Notice Of Conditional Settlement And Stipulation To Vacate All Dates And Deadlines submitted concurrently herewith]* |
|---|---|

**ORDER**

In light of the Notice of Conditional Settlement and Joint Stipulation to Vacate all Dates and Deadlines filed by the parties, indicating that the case has settled in its entirety conditioned only on receipt of settlement funds, all previously set dates and deadlines are vacated and this matter is placed on inactive status.

On or before May 9, 2025, the parties shall file either (1) a proper stipulation and order for dismissal, or (2) a joint status report regarding settlement. This Court retains jurisdiction over this action.

**IT IS SO ORDERED.**

DATED: April 18, 2025

_____
Troy L. Nunley
Chief United States District Judge